**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| INTERGOVERNMENTAL COOPERATION AUTHORITY FOR CITIES OF THE SECOND CLASS, HENRY SCIORTINO, EXECUTIVE DIRECTOR, NICHOLAS D. VARISCHETTI, CHAIRMAN OF THE BOARD, AND MICHAEL I. DANOVITZ, SECRETARY OF THE BOARD, | : No. 69 WM 2015 |
| Petitioners | : |
| v. | : |
| FIFTH JUDICIAL DISTRICT OF PENNSYLVANIA, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition and the Application for Leave to File Reply are **DENIED**.